JUDGMENT
==============================================================================



UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

- - - - - - - - - - - - -

NO. 01-50286
CT/AG#: CR-00-00562-AHM



UNITED STATES OF AMERICA

      Plaintiff - Appellee

  v.

NAIM MAHMOUD KHANAFER

      Defendant - Appellant



- - - - - - - - - - - - - - - - - - - -

     APPEAL FROM the United States District Court for the Central District of California, Los Angeles .

     ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is DISMISSED.

    Filed and entered   September 14, 2001







A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 0 9 2001

by
Deputy Clerk

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 1 4 2001

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

NAIM MAHMOUD KHANAFER,

Defendant-Appellant.

No. 01-50286

DC# CR-00-562-AHM
Central District of California
(Los Angeles)

ORDER

Before:   HUG, PREGERSON and WARDLAW, Circuit Judges

Appellee has informed this court that appellant is a fugitive and that there is

an outstanding warrant for appellant's arrest. Accordingly, appellee's motion to

dismiss the appeal is granted. *See Molinaro v. New Jersey*, 396 U.S. 365, 366

(1970) (per curiam) (holding that fugitive criminal defendant is not entitled to call

upon resources of court for determination of his claims); *United States v. Freelove*,

816 F.2d 479 (9th Cir. 1987).

This appeal is dismissed with prejudice subject to the following qualification:

if appellant surrenders to authorities within 42 days from the date of this order,

appellant may move for reinstatement of this appeal. *See Freelove*, 816 F.2d at 480.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 0 9 2001

by
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
01-50286 USA v. Khanafer

UNITED STATES OF AMERICA                Miriam Krinksy, Esq.
    Plaintiff - Appellee            213/894-4638
                                        1200 U.S. Courthouse
                                        [COR LD NTC aus]
                                        Rod Castro-Silva, Esq.
                                        FAX 213/894-2427
                                        213/894-4638
                                        1200 U.S. Courthouse
                                        [COR LD NTC aus]
                                        USLA - OFFICE OF THE U.S.
                                        ATTORNEY
                                        Criminal Division
                                        312 North Spring Street
                                        Los Angeles, CA 90012


  v.

NAIM MAHMOUD KHANAFER                    Howard R. Price, Esq.
    Defendant - Appellant           FAX 310/274-4602
                                        310/277-8438
                                        Suite 900
                                        [COR LD NTC ret]
                                        BRODEY & PRICE
                                        9777 Wilshire Boulevard
                                        Beverly Hills, CA 90212

Docket as of August 31, 2001 11:12 pm            Page 2    NON-PUBLIC