```
 1  JOHN S. GORDON
    United States Attorney
 2  RONALD L. CHENG
    Assistant United States Attorney
 3  Acting Chief, Criminal Division
    RODRIGO A. CASTRO-SILVA
 4  Assistant United States Attorney
    California State Bar No. 185251
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-2262
 7       Facsimile: (213) 894-3713

 8  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```



FILED
CLERK, U.S. DISTRICT COURT
JAN - 2 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 00-562-AHM |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER RE: BOND FORFEITURE |
| v. | ) | |
| NAIM MAHMOUD KHANAFER, | ) | |
| Defendant. | ) | |

WHEREAS, on or about November 6, 2001, plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Rodrigo A. Castro-Silva, moved for an order declaring bond forfeiture and entry of judgment against defendant Naim Mahmoud Khanafer ("defendant") in the amount of $250,000, pursuant to Rule 46(e) of the Federal Rules of Criminal Procedure;

WHEREAS, on or about November 7, 2001, this court issued an Order Re Motion for Bond Forfeiture directing that unless Mr. Howard Price, counsel for defendant, responded to the

1 | government's motion for bond forfeiture and entry of judgment by
2 | no later than November 14, 2001, the government's motion would be
3 | granted;

4 |     WHEREAS, the court has not received a response or opposition
5 | from Mr. Price as directed by the court.

6 |     THEREFORE, based on the facts and legal authority set forth
7 | in the government's motion for bond forfeiture and entry of
8 | judgment and defendant's failure to oppose that motion, IT IS
9 | HEREBY DECLARED AND ADJUDGED that defendant Naim Mahmoud
10 | Khanafer's bonds in the amount of $250,000 be forfeited
11 | immediately.

12 |     IT IS FURTHER ORDERED that judgment in the amount of
13 | $250,000 be entered against defendant.

14 |     This order shall not preclude the government from seeking
15 | further relief relating to the affidavits of sureties filed by
16 | defendant's sureties, Aref Khanafer and Hassan Essayli.

17 |     IT IS SO ORDERED.

19 | DATED: 1/2/2002

                                          The Honorable A. Howard Matz
                                          United States District Judge

23 | Presented by:

25 | Rodrigo A. Castro-Silva
     Assistant United States Attorney
26 | Major Crimes Section

2

<u>CERTIFICATE OF SERVICE BY MAIL</u>

I, Josephine Johnson, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on December 27, 2001, I deposited in the United States mails in the United States Courthouse at 312 North Spring Street, Los Angeles, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of:

**[PROPOSED] ORDER RE: BOND FORFEITURE** addressed to:

**HOWARD PRICE, ESQ.**
**9777 Wilshire Boulevard**
**Suite #900**
**Beverly Hills, CA 90212**
**Tel. (310) 277-8438**
**Fax No. (310) 274-4602**

at his last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on December 27, 2001 at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

JOSEPHINE JOHNSON